NATHAN JOHNSON, Respondent, *v.* WILLIAM R. SOPER et al.,
Appellants.

(Argued April 18, 1889; decided April 23, 1889.)

APPEAL from judgment of the General Term of the Supreme
Court in the second judicial department, entered upon an order
made February 9, 1886, which affirmed a judgment in favor
of plaintiff, entered upon a verdict.

*Edward P. Wilder* for appellants.

*Isaac N. Mills* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.